IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MALIK WILLIAMS | : | NO. 02-172-27 |

ORDER

AND NOW, this 16th day of January, 2015, upon consideration of petitioner Malik Williams's pro se motion for relief from judgment under Rule 60(b)(4) (docket entry #2598), the Government's response in opposition thereto, and petitioner's pro se reply, and, based upon the reasoning in our Memorandum issued this day in this case, it is hereby ORDERED that Petitioner's pro se motion for relief from judgment under Fed. R. Civ. P. 60(b)(4) is DENIED.

.

BY THE COURT:


  /s/ Stewart Dalzell, J.
Stewart Dalzell, J.